# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harmon, Melinda | U. S. District Court Southern District of Texas | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

2435 Del Monte Drive
Houston
Texas 77019

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/1987 | Exxon Mobil Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | ExxonMobil Employment Pension | $15,825.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Partner, Crain, Caton & James Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harmon, Melinda** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   IRA #1 (H) | | | | | | | | | |
| 2.   ----ExxonMobil | F | Dividend | O | T | | | | | |
| 3.   ---Invesco Amer Franchise A | F | Dividend | P1 | T | | | | | |
| 4.   ---Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 5.   IRA #2 (H) | | | | | | | | | |
| 6.   ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 7.   ----Invesco Amer Franchise A | D | Dividend | M | T | | | | | |
| 8.   MORGAN STANLEY Active Asets Account #2 (H) | | | | | | | | | |
| 9.   ----Invesco Amer Franchise A | E | Dividend | M | T | | | | | |
| 10.  ----ExxonMobil | C | Dividend | K | T | | | | | |
| 11.  ----Morgan Stanley Private Bank Deposit | A | Interest | J | T | | | | | |
| 12.  IRA #3 (H). | | | | | | | | | |
| 13.  ----Triumph Resources | | None | J | T | | | | | |
| 14.  ----Invesco Amer Franchise A | D | Dividend | L | T | Sold (part) | 03/09/20 | J | B | |
| 15. | | | | | Sold (part) | 03/26/20 | J | A | |
| 16. | | | | | Sold (part) | 03/26/20 | J | A | |
| 17. | | | | | Sold (part) | 03/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harmon, Melinda** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/26/20 | J | A | |
| 19. | | | | | Sold (part) | 03/26/20 | J | B | |
| 20. | | | | | Sold (part) | 05/18/20 | J | B | |
| 21. | | | | | Sold (part) | 05/22/20 | J | A | |
| 22. ----AB LARGE-CAP GRW A | B | Dividend | K | T | Sold (part) | 03/26/20 | J | C | |
| 23. ----Alternate Investment TCG BDC II | | None | M | T | | | | | |
| 24. ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 25. MORGAN STANLEY Active Assets Account #1 (H) | | | | | | | | | |
| 26. ----Alliance Bernstein Large Cap Growth Fund A | A | Dividend | J | T | Sold (part) | 07/17/20 | J | C | |
| 27. ----Invesco Amer Franchise A | B | Dividend | J | T | Sold (part) | 07/17/20 | J | C | |
| 28. ----Morgan Stanley Pruvate Bank NA | A | Interest | J | T | | | | | |
| 29. LAW FIRM 401 K PROFIT SHARING PLAN (H) | | | | | | | | | |
| 30. ----BNY MELLON APPRECIATION INVESTOR DGAGX | E | Dividend | N | T | | | | | |
| 31. ----ALL CAP INDEX EQUITY FUND R2 | | None | P1 | T | | | | | |
| 32. REAL ESTATE, DALLAS, DALLAS COUNTY, TX PARCEL 2 | B | Rent | J | Q | | | | | |
| 33. EXTRAORDINARY LIFE POLICY, NORTHWESTERN MUTUAL | B | Dividend | L | T | | | | | |
| 34. NORTHWESTERN MUTUAL "65 LIFE" POLICY #1 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harmon, Melinda** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. NORTHWESTERN MUTUAL "65 LIFE" POLICY #2 | A | Dividend | J | T | | | | | |
| 36. NORTHWESTERN MUTUAL "65 LIFE" POLICY #3 | A | Dividend | J | T | | | | | |
| 37. Brockerage Account #1 (H) | | | | | | | | | |
| 38. ----JNJ common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 39. ----MSFT common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 40. ----Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 41. ----TXN common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 42. ----MRK common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 43. ----UTX common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 44. ----GOOGL common | | None | | | Sold | 04/03/20 | J | | |
| 45. ----AAPL common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 46. ----HD common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 47. ----CSCO common | A | Dividend | | | Sold | 04/03/20 | J | | |
| 48. ----JPM | A | Dividend | | | Sold | 04/03/20 | J | | |
| 49. ----GIS | A | Dividend | | | Sold | 04/03/20 | J | | |
| 50. ----MDT | A | Dividend | | | Sold | 04/03/20 | J | | |
| 51. ----AMZN | | None | | | Sold | 04/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harmon, Melinda** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | ----PFE | A | Dividend | | | Sold | 04/03/20 | J | | |
| 53. | CHASE CHECKING | A | Interest | K | T | | | | | |
| 54. | CHASE SAVINGS | A | Interest | K | T | | | | | |
| 55. | BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 56. | ----XOM common | A | Dividend | J | T | | | | | |
| 57. | ----Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 58. | BROKERAGE ACCOUNT # 3 (H) | | | | | | | | | |
| 59. | ----iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | | | | | |
| 60. | ----iShaes Russ 2000 ETF | A | Dividend | J | T | | | | | |
| 61. | ----iShares Russ 3000 ETF | A | Dividend | J | T | | | | | |
| 62. | ----iShares MSCI EAFE Value ETF | A | Dividend | J | T | | | | | |
| 63. | ----Vanguard FTSE Dev Mkts EIF | A | Dividend | J | T | | | | | |
| 64. | ----Vanguard Large Cap ETF | A | Dividend | J | T | | | | | |
| 65. | ----AB Interme Diversified Muni A | A | Dividend | J | T | | | | | |
| 66. | ----Ameriican Century T/F BD C11 | A | Dividend | J | T | | | | | |
| 67. | ----Amern Tax-Ex Bond of Amer A | A | Dividend | J | T | | | | | |
| 68. | ----Artisan Partners Value Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harmon, Melinda** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   ----Blackrock Natl Mun Fund Cl A | A | Dividend | J | T | | | | | |
| 70.   ----Franklin Fed Tax-Free Income A | A | Dividend | J | T | | | | | |
| 71.   ----Invesco International Growth | A | Dividend | J | T | | | | | |
| 72.   ----John Hancock Disciplined Val A | A | Dividend | J | T | | | | | |
| 73.   ----MFS Municipal High Income A | A | Dividend | J | T | | | | | |
| 74.   ----T Rowe Price Blue Chip Grw I | A | Dividend | J | T | | | | | |
| 75.   ----Thornburg Ltd Term Muni Fund A | A | Dividend | J | T | | | | | |
| 76.   ----Victory Mun Mid-Cap Core GR A | A | Dividend | J | T | | | | | |
| 77.   ----Edward Jones Cash | A | Interest | K | T | | | | | |
| 78. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trus

Line 22.  Alliance Bernstein Large Cap Growth Fund A, which appeared on lines 21 and 22 of the 2018 report and is reported on this 2020 report on line 22 was inadvertently left off the 2019 report.  The information should have been between lies 26 and 27 on the 2019 report.  The information is as follows:

    Part VII  B (1)    B
Part VII B (2)    DIV
    Part VII C (1)    K
    Part VII C (2)    T
    Part VII D (1), (2), (3), (4)    Blank

Line 32:   Undivided 1/8th interest in a piece of property in Dallas, Dallas County, Texas.  Date of appraisal, December 6, 1994.

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 05/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melinda Harmon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544